**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JANICE L. FRAZER, ADMINISTRATRIX, D.B.N.C.T.A., OF THE ESTATE OF CLAIR D. MCENTIRE, | : | No. 355 WAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SANDRA E. MCENTIRE, EXECUTRIX OF THE ESTATE OF DAVID C. MCENTIRE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.